United States District Court
For the District of: New Mexico
333-Lomas Blvd. Suite #
Albuquerque, New Mexico 87102

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
AUG 01 2016
MATTHEW J. DYKMAN
CLERK

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
AUG 01 2016
MATTHEW J. DYKMAN
CLERK

Herbert Glenn Head

V.

Direct Express Company

Case Number # 16cv885JH/WPL

## Writ of Habeas Corpus:

The Social Security Department did and had then allocated to the private account of Mr. Head, a Social Security allotment of: One Thousand Four Hundred and Forty Seven Dollars, ($4,447.27/100) or there about. This said money was in his private account and was place there on or about the 3rd of every month. When this money was place in to the private account of Mr. Head. He had requested that a replacement debit card be sent to him at a new address. So, so that he could then use that said money of: Four Thousand, Four Hundred and Forty Seven Dollars and Twenty Seven Cents to retain an Attorney at Law, or he could then post Bail and then present a competent defense with the help of a retain Attorney at Law. But, with the requested replacement debit card that was then sent to the Defendant; the Direct Express


④

Company. At wich time they did with Hold all of the said money from Mr. Head, they, the Direct Express company did then E-legaly with out any Hearing, or court order "Deprive" Mr. Head of the money that was in His "personal account" with that said Banking company know as: "The Direct Express company." I HAVE SENT to that said company on a writen request, that they would then send to me a copy of all of the transactions. that have take place with my personal and private account with there Banking company. However they will not comply with any of my writen Request, or any of my Verbal Request over a phone.

As this court can see, that the true Definition of the term: "Conspiracy" is: an agreement among two or more conspirators to plan secretly to do an E-legal action on there part. or a plan to do, or then comit an unlawful action by more then one person, or a company or any group of people." — — —

That said money that was then in the private account of Mr. Head, can not be taken from Him then with out His consent. The Direct Express company did E-legaly then take the said money from Mr. Head's personal and private account with out due process, or His permission. This constitute's an E-legal action by all of the said party's. This was an action of Extortion by both of the said partys from

(3)

Mr Head's private account without the due process of law, that is a fundemental human writ of every American in this country. That no one can then be depraved of the due process of law in the United States of America at any given time.

⑥

United States District Court
For the District of: New Mexico
333 Lomas Blvd. Suit 270
Albuquerque, New Mexico 87102

Herbert Glenn Head
V.
Direct Express Company

Case Number #

## Points of Autority:

1. Under title one of the Personal property Act, Every party must at all times be then given a formal Hearing in an Administrative Court, so that a Federal Administrative Judge can then hear and then make a Ruling on any issue of law, property, or money that is or may be in question by all partys. (this would also include the Social Security Department) and the Direct Express Company

2. The Social Security Department did conspire with the Direct Express Company, so that an E-legal Action could then transpire with Both partys. As the Social Security Department is fully aware of

② the Limitation on this very action. But under: "the collar of law". they Both then chosen to conspire to take from and then deprive Mr. Head of the said "money". that had already been placed into his privit account with the Direct Express company by the social security Department."

3. As is so stated in the West or the Dearings: "Law Dictionary" "A Conspiracy": is an on going agreement among two or more conspirators to plan secretly to do an "E-legal" action on there part, or plan to do, or then comit an "unlawful action" by more then one person, or a company or any group of people ———

4. I now do formally request. that this court will order: the Federal Bureau of Investigation to now investigate and ascertain a leave and accurate and truthful acountment of all of the pertient facts pertaining to the so stated allegations by the social security Department and the Direct Express company.

5. Under Federal law the social security Department is a Federal agancy and is under the Federal Juristiction. the Federal Bureau of Investigation is the proper law agancy. that should and must now investigate all of the so stated allegations againts the Direct Express company, or the social security

United States District Court
For the District of New Mexico
333 Lomas Blvd. Suite 270
Albuquerque, New Mexico 87102

HERBERT GLENN HEAD
V.
DIRECT EXPRESS COMPANY

CASE NUMBER #  _____

## ORDER OF THE COURT:

It is the order of this court, that the Direct Express Company will at this time, now and forwith supply the court with an up to date accountment of Mr. Head's account, that will now show all with draws from his account and any and all request that he has ever made to that company.

1. This statment will supplie any and all deposits, and or withdraws from the start of his account to the pressent date of: July 28, 2016.

2. You shall at this time now pressant to this court, under what law, or under what authority that you did this action under, when you did take the said money from Mr. Head's account.

(9)

with out giving him due process.

3. That you now comply with this order forthwith and that you send to this court, all of the so stated requested action at this time.

It is so ordered on this date of: _____

By the Honorable Federal District Court Judge: _____
In Department # _____

United States District Court
For the District of New Mexico
333 Lomas Blvd. Suit #270
Albuquerque, New Mexico 87102

Herbert Glenn Head
(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-4-23-51) 80498-610
P.O. Box 1059
Santa Fe, New Mexico 87504

Case No. # _____

Herbert Glenn Head
V.

Direct Express Company
P.O. Box 80769
Austin, Texas 78708

## Declaration of Facts

I now do declare that any and all things, that are so stated, or said in this writ of "Habeas Corpus" are all true and correct as is so stated in this writ. That I now request His Honnorable court to Hear.

I NOW MAKE ALL OF THE ON GOING STATEMENTS UNDER THE: "PENALTY OF PURGURY." THAT ALL THAT IS SO STATED IN THIS ON GOING WRIT OF: "HABEAS CORPUS". IS TRUE AND CORRECT. SO HELP ME GOD, ON THIS DATE OF: July 28, 2016

_Herbert Glen Hood_
HERBERT GLENN HEAD



s/ Herbert Chavez Keno
80498-6-10
P.o. Box 4059
Smith Fe, New Mexico 87504

United States District Court
for the District of New Mexico
333 Lomas Blvd, Suite 270
Albuquerque, New Mexico

RECEIVED
At Albuquerque NM
AUG 01 2016
MATTHEW J. DYKMAN
CLERK

For the
Attn of the
Clerk